# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TONYA R. ALLEN                                         PLAINTIFF

v.                           No. 3:20-cv-315-DPM

ROGER WATKINS, Landlord                    DEFENDANT

## ORDER

Allen hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. Doc. 3. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 November 2020