IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONYA R. ALLEN                                                                PLAINTIFF

v.                              No. 3:20-cv-315-DPM

ROGER WATKINS, Landlord                                         DEFENDANT

JUDGMENT

Allen's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2020